UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                        Plaintiff,

-against-

DERRICK HENDRIX,

                        Defendant.
-------------------------------------------------------------X

**MEMORANDUM**

23 Cr. 187 (KMK)

TO: Kenneth M. Karas, United States District Judge:

    Please find attached a transcript of the April 10, 2023 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: June 14, 2023
       White Plains, New York

                                                     Respectfully Submitted,

                                                     JUDITH C. McCARTHY
                                                     United States Magistrate Judge